UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AD MANFRED, LLC,<br>    Plaintiff,<br><br>v.<br><br>ACADIA INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION NO.:<br>19-11226 |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to 28 U.S.C. §1446(a) and Local Rule 81.1, the defendant, Acadia Insurance Company ("Acadia"), hereby gives notice of its removal of this action to the United States District Court for the District of Massachusetts from the Middlesex County Superior Court of Massachusetts, and in support thereof, respectfully states as follows:

1. Acadia is a defendant in a civil action brought in the Superior Court of the State of Massachusetts, in and for Middlesex County, captioned *AD Manfred, LLC v. Acadia Insurance Company*, Civil Action No. 1981-CV-01282 (the "*AD Manfred Middlesex* Action").

2. Acadia was served with a copy of the Summons and Complaint in the *AD Manfred Middlesex* Action on May 14, 2019. A true copy of the Summon and Complaint in the *AD Manfred Middlesex* Action, as served on Acadia, is attached to this Notice of Removal as **Exhibit A**. Acadia's Notice of Removal is filed within thirty (30) days after the

receipt by Acadia of a copy of the initial pleading setting forth the claim for relief upon which action or proceeding is based, as required by 28 U.S.C. §1446(b).[1]

3. The *AD Manfred Middlesex* Action is a suit of a wholly civil nature brought in the Middlesex County Superior Court of the State of Massachusetts. The United States District Court for the District of Massachusetts is therefore the proper forum and venue to which this action may be removed under the provisions of 28 U.S.C. §§101 and 1441(a).

4. This Court has original jurisdiction to entertain this action because the only parties to this case are citizens of different states and because the plaintiff claims that it is likely exposure for potential indemnity and costs of defense exceeds the sum of $75,000.00, exclusive of interest and costs. 28 U.S.C., §§1332(a)(1), 1441(a). Removal of this action is not prohibited by 28 U.S.C. §1445.

5. With respect to diversity of citizenship, the plaintiff is a domestic Limited Liability Company duly organized under the laws of the Commonwealth of Massachusetts. Shane Manfred is the sole manager of AD Manfred, LLC, with an address located at 12 Wickham Road, Winchester, Massachusetts 01890.

6. Defendant Acadia, is a corporation licensed to issue insurance in Massachusetts, incorporated under the laws of the state of Iowa, with a principal place of business located at 1 Acadia Commons, Westbrook, Maine 04098.

7. Pursuant to 28 U.S.C. §1446(d), Acadia has filed a notice of the filing of this Notice of Removal, attached herewith as **Exhibit B**, with the Clerk of the Middlesex County Superior Court of the Commonwealth of Massachusetts.

---

[1] In filing this Notice of Removal, the defendant does not waive any defenses with regard to service of process or the adequacy of process.

-3-

9.  Pursuant to 28 U.S.C. §1447(d), Acadia has requested that the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Middlesex County, provide certified or attested copies of all records and proceedings in the *AD Manfred Middlesex* Action and certified or attested copies of all docket entries thereon.  Acadia will cause such attested or certified copies of the state court record to be filed with this Court within thirty (30) days hereof as required.

10. Counsel for Acadia is duly admitted to practice before this Court and signs this Notice of Removal in accordance with the requirements of Fed. R. Civ. P. 11.

WHEREFORE, Acadia Insurance Company respectfully requests that the above-referenced action now pending in the Middlesex Superior Court of the Commonwealth of Massachusetts, be removed from that Court to the United States District Court for the District of Massachusetts.

>Respectfully submitted,
>The Defendant,
>ACADIA INSURANCE COMPANY,
>
>By Its Attorneys,
>
>**MORRISON MAHONEY LLP**
>
>*/s/William A. Schneider*
>William A. Schneider, BBO #636421
>250 Summer Street
>Boston, MA  02210
>Tel: (617) 439-7573
>Fax: (617) 342-4951
>wschneider@morrisonmahoney.com

## **CERTIFICATE OF SERVICE**

      The undersigned understands that the following counsel of record is not yet registered on the Court's CM/ECF database in connection with this matter. (1) As a result, these individuals will not receive from the Court electronic notification of the filing of the foregoing <u>Notice of Removal</u>, filed via ECF on June 3, 2019; (2) will not have immediate access to this document through the Court's website; and (3) will receive a paper copy of the foregoing from the undersigned upon filing.

William T. Kennedy, Esq.
Law Offices of William T. Kennedy, P.C.
21 McGrath Highway, Suite 404
Quincy, MA 02169
***Attorney for the Plaintiff***

                                                  */s/William A. Schneider*
                                                  William A. Schneider, BBO #636421