UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AD MANFRED, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ACADIA INSURANCE COMPANY,<br><br>　　　　Defendant. | CIVIL ACTION NO.: 19-11226 |

## JOINT REPORT REGARDING MEDIATION

Pursuant to the District Court's Electronic Order of May 7, 2020, the plaintiff, AD Manfred, LLC, and the defendant, Acadia Insurance Company hereby report that they are interested in mediation.  Steve York, Courtroom Deputy to the Hon. Jennifer C. Boal, notified counsel by electronic correspondence dated May 11, 2020, that Magistrate Boal is now conducting mediations by video conference.  The parties plan to ask Mr. York to arrange for a mediation at the end of June 2020.

| | |
|---|---|
| Respectfully submitted,<br>AD MANFRED, LLC, | Respectfully submitted,<br>ACADIA INSURANCE COMPANY, |
| By its attorneys, | By its attorneys, |
| **Law Offices of William T. Kennedy, P.C.** | **Morrison Mahoney, LLP** |
| */s/William T. Kennedy*<br>William T. Kennedy, BBO #268420<br>21 McGrath Highway, Suite 404<br>Quincy, MA  02169<br>Tel:  (617) 773-7100  ext. 16<br>Fax  (617) 773-7102<br>*wtk@wtkpc.com* | */s/William A. Schneider*<br>William A. Schneider, BBO #636421<br>250 Summer Street<br>Boston, MA  02210<br>Tel: (617) 439-7573<br>Fax: (617) 342-4951<br>*wschneider@morrisonmahoney.com* |

-2-

## **CERTIFICATE OF SERVICE**

    I, William T. Kennedy, hereby certify that on May 13, 2020, I electronically filed the above-referenced document with the Clerk of the United States District Court for the District of Massachusetts by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                       */s/William T. Kennedy*
                                       William T. Kennedy