UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AD Manfred, LLC**
        Plaintiff(s)

        V.

**Acadia Insurance Company**
        Defendant(s)

CIVIL ACTION

NO. **1:19-cv-11226-FDS**

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE **F. Dennis Saylor, IV**

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On   7/**8**/2020   I held the following ADR proceeding:

    _____ SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION
      **X**   MEDIATION     _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL     _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X]   Settled.  Your clerk should enter a  **45**  day order of dismissal.

[ ]   There was progress.  A further phone conference has been scheduled for \_\_\_\_\_ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____.
_____.

  **7/8/2020**
    DATE

                              **/s/  Jennifer C. Boal**