UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
                                       )
**AD Manfred, LLC**                    )
                                       )
    **Plaintiffs,**    )
                                       )
**v.**                                 )   **Civil Action No.**
                                       )
                                       )   1:19-cv-11226-FDS
                                       )
**Acadia Insurance Company**           )
                                       )
    **Defendant.**     )
_____)

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, U.S.D.J**

    The Court has been advised by the parties' report that this action has settled. IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within forty-five (45) days to reopen the action if settlement is not consummated

                      By the Court,

                      /s/ Taylor Halley
07/9/2020                     Deputy Clerk