UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AD MANFRED, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACADIA INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.: 19-11226 |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rules 41(a)(1)(ii) and 41(c) of the Massachusetts Rules of Civil Procedure, the parties to the above-captioned matter hereby stipulate to the dismissal, with prejudice, of all pending claims, with each party to pay its own attorneys' fees and costs and waiving all rights of appeal.

| | |
|---|---|
| Respectfully submitted,<br>AD MANFRED, LLC, | Respectfully submitted,<br>ACADIA INSURANCE COMPANY, |
| By its attorneys,<br>**Law Offices of William T. Kennedy, P.C.** | By its attorneys,<br>**Morrison Mahoney, LLP** |
| /s/William T. Kennedy<br>William T. Kennedy, BBO #268420<br>21 McGrath Highway, Suite 404<br>Quincy, MA  02169<br>Tel:  (617) 773-7100  ext. 16<br>Fax  (617) 773-7102<br>wtk@wtkpc.com | /s/William A. Schneider<br>William A. Schneider, BBO #636421<br>250 Summer Street<br>Boston, MA  02210<br>Tel: (617) 439-7573<br>Fax: (617) 342-4951<br>wschneider@morrisonmahoney.com |

Date:  September 2, 2020